FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

OCT 19 2015

CHRISTOPHER A. PRINE
CLERK

September 29, 2015

Christopher Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, TX 77002
re: Case No. 14-15-00457-CV

MAILED
10/6/15

Dear Mr. Prine,

Regarding the above cited case, I would like to inform the Court that my address has changed. Please address all future correspondence regarding this case to me at:

Beatrice Santos
1106 Ave N
Hondo, TX 78861

Sincerely,

Beatrice Santos

B. Santos
1106 Ave N
Hondo, Tx 78861.

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
06 OCT 2015 PM 3 L

14th Court of Appeals
301 Fannin Suite 245
Houston, TX 77002

Attn: C. Prine, Clerk

7700220627O